

# THE THIRTEENTH COURT OF APPEALS

13-20-00264-CV

Texas State Technical College
v.
John Clark Owen

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Court Cause No. 2019-CCL-00614

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

April 22, 2021